IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD JAMES BREWER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-4918-N |
| | § | |
| LAVOI CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's claims of discrimination based on race are summarily dismissed without prejudice for failure to exhaust remedies; his claims against the eight supervisory employees are dismissed as redundant; his 42 U.S.C. § 1983 claims are dismissed for lack of jurisdiction; and his claims of age discrimination and discrimination based upon disability will proceed against defendant Lavoi Corporation.

SO ORDERED this 24th day of September, 2014

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE